Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Eric S. Mattson (*pro hac vice forthcoming*)
emattson@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Defendant*
TDS TELECOMMUNICATIONS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERIC STEELE, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>TDS TELECOMMUNICATIONS CORP.,<br><br>  Defendant. | Case No. 13-CV-00569 MCE-CMK<br><br>**ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT** |

1 | Pursuant to the parties' Stipulation Regarding Extension of Time to Respond to the
2 | Complaint filed on April 15, 2013, the Court hereby orders that Defendant's time to answer or
3 | otherwise respond to the complaint is extended by 21 days, until May 8, 2013.
4 |     IT IS SO ORDERED.

DATED: April 19, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT