Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Eric S. Mattson (*pro hac vice*)
emattson@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

*Attorneys for Defendant*
*TDS TELECOMMUNICATIONS CORPORATION*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERIC STEELE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TDS TELECOMMUNICATIONS CORP.,<br><br>Defendant. | Case No. 13-CV-00569 MCE-CMK<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

Having reviewed Defendant's unopposed Motion for Extension of Time to Respond to the Complaint, and good cause appearing therefor, the Court hereby extends the time for Defendant TDS Telecommunications Corporation to answer or otherwise respond to the complaint by 16 days, until May 24, 2013.

IT IS SO ORDERED.

DATE:  May 10, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT