Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Eric S. Mattson (*pro hac vice*)
emattson@sidley.com
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Defendant*
*TDS Telecommunications Corporation*

James C. Shah (SBN 260435)
jshah@sfmslaw.com
Natalie Finkelman Bennett
nflinkelman@sfmslaw.com
Shepherd, Finkelman, Miller & Shah, LLP
35 East Sate Street
Media, Pennsylvania 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883

*Attorneys for Plaintiff and the Proposed Class*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERIC STEELE, Individually and On Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>vs.<br><br>TDS TELECOMMUNICATIONS CORP.,<br><br>             Defendant. | Case No. 13-CV-00569-MCE-CMK<br><br>**ORDER STAYING PROCEEDINGS FOR SIXTY DAYS**<br><br>Hon. Morrison C. England, Jr. |

[PROPOSED] ORDER                                                                                                              1

1  Pursuant to the parties' Joint Stipulated Request for a Sixty-Day Stay, the Court hereby
2  orders that these proceedings are stayed through and including August 2, 2013.  Defendant's Motion
3  to Dismiss (ECF No. 16) is continued on the Court's own motion to September 5, 2013 at 2:00 p.m.
4  in Courtroom No. 7.  Any opposition or reply to that motion shall be due with reference to the
5  continued date in accordance with Local Rule 230.
6  
7  IT IS SO ORDERED.
8  DATED: June 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT