| | |
|---|---|
| Ryan M. Sandrock (SBN 251781)<br>rsandrock@sidley.com<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, California 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br><br>Eric S. Mattson (*pro hac vice*)<br>emattson@sidley.com<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>*Attorneys for Defendant*<br>*TDS Telecommunications Corporation* | James C. Shah (SBN 260435)<br>jshah@sfmslaw.com<br>Natalie Finkelman Bennett<br>nfinkelman@sfmslaw.com<br>Shepherd, Finkelman, Miller & Shah, LLP<br>35 East State Street<br>Media, Pennsylvania 19063<br>Telephone: (610) 891-9880<br>Facsimile: (610) 891-9883<br><br>*Attorneys for Plaintiff and the Proposed Class*<br><br>[Additional counsel appear on signature page of stipulation] |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERIC STEELE, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>TDS TELECOMMUNICATIONS CORP.,<br><br>            Defendant. | Case No. 13-CV-00569-MCE-CMK<br><br>**ORDER STAYING PROCEEDINGS FOR FORTY-FIVE DAYS**<br><br>Hon. Morrison C. England, Jr. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Parties' Joint Stipulated Request for a Forty-Five Day Stay, the Court hereby orders that the proceedings, including all briefing on Defendant's Motion to Dismiss, are stayed through and including October 18, 2013.

IT IS SO ORDERED.

Dated:  September 24, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT